◈EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

---

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
_____ DIVISION at _____

Eastern District of Kentucky
**F I L E D**
**DEC 0 4 2020**
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CIVIL ACTION NO. 2-20 CV-172-DLB (Court Clerk will supply)

Mr. Paul Julian Smith Sr.
PLAINTIFF

VS:

Robert W. Lockman
and Bus Driver for
Tank Bus Service #7
2225

(do not use "et al.",
enter full names)

Demand for Jury Trial:
Yes (X)    No (___)

DEFENDANTS

### I. Plaintiff:

A. Name (list any aliases): Mr. Paul J. Smith Sr.

B. Prisoner ID #: _____   Check one: Convicted ____ Pretrial Detainee ____

C. Place of present confinement: _____

D. Address: 330 West Pike Street Covington KY 41011

### II. Defendant(s): (additional defendants may be listed on a separate sheet of paper)

A. Defendant's Name: Robert W. Lockman
   Title or Position: Risk Manager
   Place of Employment: Tank Transit Authority of Northern Kentucky

B. Defendant's Name: Unknown
   Title or Position: Tank Bus Driver #7, 2225 #
   Place of Employment: Tank Transit Authority of Northern KY

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

---

    C. Defendant's Name: _____

       Title or Position: _____

       Place of Employment: _____

    D.   Defendant's Name: _____

       Title or Position: _____

       Place of Employment: _____

    E.   Defendant's Name: _____

       Title or Position: _____

       Place of Employment: _____

## III. Statement of Claim:

Below you should state the **FACTS** of your case. You don't need to make legal arguments or refer to any cases or statutes.

If you wish to allege a number of related claims, write out each claim in a separate numbered paragraph. (If you need more space, you may attach extra sheets).

A. What happened? Explain specifically what each Defendant did or failed to do.

I Paul Smith, was a passenger on Bus #7-2235 at 11:30 AM where the Bus Driver swerve to avoid hitting a Car and Hit the Brakes. Threw me out of my seat into the seat in front of me Hitting my Head on the Back of the seat and Received Neck, and lower Middle Back pains, Due to this Bus Accident on 02-11-2020

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

I Paul J. Smith, NEEDs treatments for His Injuries

B. When did these events happen?

02-11-2020 AT 11:30 AM

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

C. Where did these events happen?

On Madison Avenue Headed towards the Police Station

D. What rights under the Constitution, federal law, federal regulations, state law, or state regulations do you allege the Defendant(s) violated? State the specific constitutional provision or law if you know it.

Refuse paying for my injuries

## IV. Exhaustion of Administrative Remedies

A prisoner must complete all steps of the prison's grievance process before filing any lawsuit that relates to prison conditions.

A. **Federal Prisoners** answer the following:

1. Did you file a grievance regarding the facts in this Complaint under Bureau of Prisons regulations?  YES (____)  NO (X)

2. If so, did you (check **ALL** that apply):
   _____ file a request or appeal to the Warden          _____ date
   _____ appeal to the Regional Director                 _____ date
   _____ appeal to the Office of General Counsel         _____ date

3. **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

---

    4. What was the result? _____

_____

_____

_____

    5. If you did not file a grievance, why not? _____

_____

_____

_____

B. **State Prisoners** answer the following:

    1.    Did you file a grievance regarding these facts under Kentucky Department of Corrections CPP 14.6 or an appeal of a disciplinary decision to the warden under CPP 15.6?     YES (____)  NO (marked)

    2.    If you filed a grievance under CPP 14.6, did you (check **ALL** that apply):

| | |
|---|---|
| ____ file a grievance and seek an informal resolution | ____ date |
| ____ request a hearing from the Grievance Committee | ____ date |
| ____ appeal to the Warden | ____ date |
| ____ appeal to the Commissioner | ____ date |

Did you file an appeal of a disciplinary decision to the warden under CPP 15.6?
    YES (____) NO (marked)

                                                            ____ date

    3.    **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

    4.    What was the result? _____

_____

_____

_____

    5.    If you did not file a grievance, why not?

_____

_____

_____

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

C. **County or City Prisoners** answer the following:
1. Is there a grievance/appeal policy at your jail?   YES (___)   NO (█)
2. **ATTACH** a copy of the grievance/appeal policy to your Complaint, if available. If not, briefly describe the grievance/appeal policy below.

_____

_____

    3. Did you file a grievance regarding these facts?   YES (___)   NO (█)

    4. If you filed a grievance:

    a. What steps did you take to use the grievance process? _____

_____

_____

_____

_____

    b. What was the result? _____

_____

    c. If unsuccessful, did you file an appeal?   YES (___)   NO (█)

    d. What was the result? _____

_____

_____

    e. Did you take any further steps in the grievance process?
       YES (___)   NO (█)      NO MORE AVAILABLE (___)

    f. What was the result? _____

_____

_____

    5. If you did not file a grievance, why not?: _____

_____

_____

_____

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

## V. OTHER LAWSUITS

A. Have you filed any other lawsuit **dealing with the same facts** raised in this action?   YES (___)   NO (X)

B. If your answer to question A is **YES**, describe the lawsuit in the space below. If you filed more than one other lawsuit, provide the same information for each other lawsuit on additional sheets of paper.

1. PARTIES:

Plaintiff: _____

Defendant(s): _____

_____

_____

2. COURT: (name the district for a federal court, or the county for a state court)

_____

3. CASE NO.: _____   DATE FILED: _____

4. OUTCOME: (is the case still pending?  was it dismissed?  being appealed?)

_____

_____

5. DATE OF JUDGMENT, DISMISSAL, or APPEAL: _____

C. List any other lawsuits that you have filed in any state or federal court:

1. Plaintiff _____ vs. Defendant(s) _____

   Court Name: _____   Case No.: _____

   Nature of Claim: _____   Date Filed: _____

   Outcome: _____   Date: _____

2. Plaintiff _____ vs. Defendant(s) _____

   Court Name: _____   Case No.: _____

   Nature of Claim: _____   Date Filed: _____

   Outcome: _____   Date: _____

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

3. Plaintiff Paul J. Smith vs. Defendant(s) Robert W. Lockman
Court Name: United State District Court   Case No.: _____
Nature of Claim: Personal Injuries   Date Filed: 02-13-20
Outcome: _____   Date: _____

## VI. Relief:

State exactly what you want the Court to do for you. You don't need to make legal arguments or refer to any cases or statutes, just explain what you want to happen if you prevail on your claim.

I only want to be treated fairly within this matter.

## VII. Review this Form

Please take a moment to go back and review your responses to each of the questions. Immediately below you are required to certify under penalty of perjury that the information you have provided in this form is correct to the best of your knowledge, so please make sure that your responses fully and accurately explain your claim.

### CERTIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

_____   _____   12-03-2020
Signature of Plaintiff   Prison ID#   Date

Plaintiff's Address: 330 West Pike St
Covington, KY 41011
859-777-6197

Page 8 of 8